**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Kareem EVANS, Petitioner**

**No. 888 MAL 2016**

Supreme Court of Pennsylvania.

April 19, 2017

## ORDER

PER CURIAM

**AND NOW**, this 19th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael Curtis ANGSTADT, Petitioner**

**No. 879 MAL 2016**

Supreme Court of Pennsylvania.

April 19, 2017

## ORDER

PER CURIAM

**AND NOW**, this 19th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.